INSURANCE CO. v. INGRAM, COMR. OF INSURANCE

No. 4 PC.

No. 15 (Fall Term).

Case below: 43 N.C. App. 621.

Petition by Wake Anesthesiology Assoc. and its employees for rehearing is allowed, orders of 1 April 1980 (299 N.C. 736) denying discretionary review and dismissing appeal are rescinded, and petition for discretionary review is now allowed and motion to dismiss appeal is dismissed 6 May 1980.

JEFFREYS v. SNIPES

No. 57 PC.

Case below: 45 N.C. App. 76.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 6 May 1980.

JONES v. PROFIT SHARING RETIREMENT

No. 137 PC.

Case below: 45 N.C. App. 713.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 6 May 1980.

KEELS v. TURNER

No. 114 PC.

Case below: 45 N.C. App. 213.

Petition by defendants for discretionary review under G.S. 7A-31 denied 6 May 1980.

LAMP CO. v. CAPEL

No. 43 PC.

Case below: 45 N.C. App. 105.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 6 May 1980.